**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § § § § § § § § | Civil Action No. 2:12-cv-68-JRG |
| Plaintiff, | | |
| v. | | **JURY TRIAL DEMANDED** |
| ZYNGA INC., | | |
| Defendant. | | |

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ZYNGA INC.

Notice is hereby given that the undersigned attorney, Jacqueline K. S. Lee, enters her appearance in the above-referenced proceedings for Defendant Zynga Inc. ("Defendant"). Defendant respectfully request that the Court take note of this Notice of Appearance for Defendant in this lawsuit.  Copies of all communications and other documents filed in the above-referenced proceedings should be emailed or faxed to Jacqueline K. S. Lee at the address set forth below.

> Jacqueline K. S. Lee
> jkslee@jonesday.com
> JONES DAY
> 1755 Embarcadero Road
> Palo Alto, CA  94303
> Telephone:  (650) 739-3939
> Facsimile:   (650) 739-3900

| | |
|---|---|
| Dated:  May 4, 2012 | Respectfully submitted, |
| | |
| | */s/ Jacqueline K. S. Lee* |
| | Greg L. Lippetz |
| | California State Bar No. 154228 |
| | glippetz@jonesday.com |
| | Jacqueline K. S. Lee |
| | California State Bar No. 247705 |
| | jkslee@jonesday.com |
| | Jones Day |
| | 1755 Embarcadero Road |
| | Palo Alto, CA  94303 |
| | Telephone:     (650) 739-3939 |
| | Facsimile:      (650) 739-3900 |
| | |
| | Robert W. Kantner |
| | Texas State Bar No. 11093900 |
| | rwkantner@jonesday.com |
| | Jones Day |
| | 2727 N. Harwood St. |
| | Dallas, Texas 75201 |
| | Telephone:     (214) 220-3939 |
| | Facsimile:      (214) 969-5100 |
| | |
| | Louis L. Touton |
| | Texas State Bar No. 20151150 |
| | lltouton@jonesday.com |
| | Jones Day |
| | 555 South Flower Street, Fiftieth Floor |
| | Los Angeles, CA 90071 |
| | Telephone:     (213) 489-3939 |
| | Facsimile:      (213) 243-2539 |
| | |
| | Melissa R. Smith |
| | Texas State Bar No. 24001351 |
| | melissa@gillamsmithlaw.com |
| | Gillam & Smith |
| | 303 S. Washington Avenue |
| | Marshall, TX  75670 |
| | Telephone:     (903) 934-8450 |
| | Facsimile:      (903) 934-9257 |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | ZYNGA INC. |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 4, 2012.

              */s/ Jacqueline K. S. Lee*

DLI-6399567v1