UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ZYNGA INC.<br><br>    Defendant. | §<br>§<br>§<br>§  Civil Action No. 2:12-cv-68-JRG-RSP<br>§<br>§  JURY DEMANDED<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

TO THE HONORABLE JUDGE OF SAID COURT:

Fred I. Williams, of the law firm of Akin Gump Strauss Hauer & Feld LLP, 300 West 6th Street, Suite 1900, Austin, Texas 78701, hereby enters an appearance as lead counsel of record for Defendant Zynga Inc. and consents to electronic service of all papers in this action.

Dated: September 17, 2013          Respectfully submitted,

*/s/ Fred I. Williams*
Fred I. Williams *(Lead Attorney)*
Texas State Bar No. 00794855
fwilliams@akingump.com
Akin Gump Strauss Hauer & Feld LLP
300 West Sixth Street, Suite 1900
Austin, Texas 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

**ATTORNEY FOR DEFENDANT ZYNGA INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of September, 2013, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

                                                */s/Fred I. Williams*
                                               Fred I. Williams