# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC § § § v. § § ZYNGA, INC. § | Case No. 2:12-CV-68-JRG-RSP |

## Interim Pretrial Conference
## Magistrate Judge Roy Payne, presiding
## November 4, 2013

**OPEN: 1:30 p.m.**                                                              **ADJOURN: 5:45 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Wesley Hill |
| | Robert Harrell |
| | Andrea Fair |
| ATTORNEYS FOR DEFENDANT: | Fred Williams |
| | Daniel Moffett |
| | Kellie Johnson |
| LAW CLERK: | Chris First |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Wesley Hill announced ready on behalf of Plaintiff and introduced co-counsel. Fred Williams announced ready on behalf of Defendant and introduced co-counsel.

The Court heard objections to Plaintiff's exhibits. The Court made rulings.

3:10-3:30 Recess

The parties finished the objections to Plaintiff's exhibits.

Wesley Hill and Robert Harrell raised an issue with the Court regarding source code. Fred Williams responded for Zynga.

The Court then heard objections to Defendant's exhibits. The Court made rulings.

The parties then argued Defendant's objections to Plaintiff's deposition designations.

The parties then argued Plaintiff's objections to Defendant's deposition designations.

Robert Harrell argued Plaintiff's Motion for Leave to File Motion to Exclude Second Supplemental Report of Dr. Edward Fox (Dkt. #215). Fred Williams responded for Zynga.

A status conference is set for Friday, November 8, 2013 at 10:00 a.m.