**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC | § § § § | |
| v. | § § | Case No. 2:12-CV-68-JRG-RSP |
| ZYNGA, INC. | § § | |

**Status Conference**
**Magistrate Judge Roy Payne, presiding**
**November 8, 2013**

**OPEN:  10:00 a.m.**                                                                 **ADJOURN:  10:30 a.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Wesley Hill |
| | T. John Ward |
| ATTORNEYS FOR DEFENDANT: | Steve Zager |
| | Fred Williams |
| | Daniel Moffett |
| | Todd Landis |
| LAW CLERK: | Chris First |
| COURT REPORTER: | Carla Sims |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Wesley Hill announced ready on behalf of Plaintiff and introduced co-counsel.  Steve Zager announced ready on behalf of Defendant and introduced co-counsel.

The Court ordered the parties to exchange final exhibit lists by close of business Friday, November 8, 2013, meet and confer regarding those lists, and file joint final exhibit lists by close of business Sunday, November 10, 2013.  The parties are to notify the law clerk if there are any disputes regarding the Court's exhibit rulings.