# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, § § § Plaintiff, § § v. § § ZYNGA, INC., § § Defendant. § § § | Civil Action No. 2:12-cv-68<br><br>JURY DEMANDED |

## JOINT NOTICE OF COMPLIANCE WITH COURT ORDER

Pursuant to the Court's request at the pretrial hearing on November 8, 2013, Plaintiff Personalized Media Communications, LLC ("PMC") and Defendant Zynga, Inc. ("Zynga") jointly file the pre-admitted jury trial exhibit lists and deposition designations, reflecting the Court's rulings on objections. PMC's Jury Trial Exhibit List is attached as Exhibit A; Zynga's Jury Trial Exhibit List is attached as Exhibit B; PMC's Jury Trial Deposition Designations are attached as Exhibit C; and Zynga's Jury Trial Deposition Designations are attached as Exhibit D.

Dated: November 10, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ *Robert S. Harrell* | /s/*Steven M Zager* |
| Brett C. Govett | Steven M. Zager (*Lead Attorney*) |
| Texas Bar No. 08235900 | Texas Bar No. 22241500 |
| Email: brett.govett@nortonrosefulbright.com | szager@akingump.com |
| *Lead Attorney* | |
| | Akin Gump Strauss Hauer & Feld LLP |
| FULBRIGHT & JAWORSKI LLP | One Bryant Park |
| 2200 Ross Avenue, Suite 2800 | New York, New York 10036 |
| Dallas, Texas 75201-2784 | Telephone: 212.872.1000 |
| Telephone: (214) 855-8000 | Facsimile: 212.872.1002 |
| Facsimile: (214) 855-8200 | |

Robert S. Harrell
Texas Bar No. 9041350
Email: robert.harrell@nortonrosefulbright.com
Eric B. Hall
Texas Bar No. 24012767
Email: eric.hall@nortonrosefulbright.com
Jon C. Rice
Texas Bar No. 00786194
Email: jon.rice@nortonrosefulbright.com
Andrea L. Fair
Texas Bar No. 24078488
Email: andrea.fair@nortonrosefulbright.com

FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246


Thomas John Ward
State Bar No.
Email: tjw@wsfirm.com
J. Wesley Hill
Texas Bar No. 24032294
Email: wh@wsfirm.com

WARD & SMITH LAW FIRM
PO Box 1231
1127 Judson Road
Suite 220
Longview, TX 75606
903-757-6400
Fax: 903-757-2323


**ATTORNEYS FOR PLAINTIFF PERSONALIZED MEDIA COMMUNICATIONS, LLC**

Fred I. Williams
Texas State Bar No. 00794855
fwilliams@akingump.com
Akin Gump Strauss Hauer & Feld LLP
300 West Sixth Street, Suite 1900
Austin, Texas 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

Todd Eric Landis
Texas State Bar No. 24030226
tlandis@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Telephone: 214.969.2743
Facsimile: 214.969.4343

Greg L. Lippetz
California State Bar No. 154228
glippetz@jonesday.com
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Krista S. Schwartz
Illinois Bar No. 6238053
ksschwartz@jonesday.com
Jones Day
77 W. Wacker Drive, Suite 3500
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Melissa R. Smith
Texas State Bar No. 24001351
Melissa@gillamsmithlaw.com
Gillam & Smith
303 S. Washington, Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANT ZYNGA INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3) on November 10, 2013.

*/s/ Jon C. Rice*
Jon C. Rice
