**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, LLC,** | § § § § § § § § § § | |
| Plaintiff, | | Civil Action No. 2:12-cv-68-JRG-RSP |
| v. | | JURY TRIAL DEMANDED |
| **ZYNGA INC.,** | | |
| Defendant. | | |

**JOINT MOTION FOR ORDER DISMISSING CLAIMS 18 AND 23 OF U.S. PATENT NO. 7,734,251**

Plaintiff Personalized Media Communications, LLC ("PMC") and Defendant Zynga, Inc. ("Zynga") hereby move for an order dismissing claims 18 and 23 of U.S. Patent No. 7,734,251 (together, the "Dismissed Claims"). PMC and Zynga stipulate to the following:

1) PMC, for itself and any successor in interest to the Dismissed Claims, covenants not to sue Zynga or any customer of Zynga for infringement of the Dismissed Claims now or in the future (including for any possible past damages or any injunctive or other relief) for any Covenanted Products. Covenanted Products shall mean any past or present product or service that Zynga has made, used, sold or offered for sale, or currently makes, uses, sells or offers for sale

2) PMC agrees to dismiss with prejudice all claims in this litigation against Zynga based on infringement of the Dismissed Claims.

3) Zynga agrees to dismiss without prejudice its counterclaims in this litigation related to the Dismissed Claims.

Dated: November 11, 2013

Respectfully submitted,

| | |
|---|---|
| */s/ Robert S. Harrell (with permission)* | */s/ Steven M. Zager* |
| Robert S. Harrell | Steven M. Zager (Lead Attorney) |
| Texas Bar No. 9041350 | Texas State Bar No. 22241500 |
| Email: rharrell@fulbright.com | szager@akingump.com |
| Eric B. Hall | Akin Gump Strauss Hauer & Feld LLP |
| Texas Bar No. 24012767 | One Bryant Park |
| Email: ehall@fulbright.com | New York, New York 10036 |
| Jon C. Rice | Telephone: 212.872.1000 |
| Texas Bar Number: 00786194 | Facsimile: 212.872.1002 |
| jrice@fulbright.com | |
| | Fred I. Williams |
| FULBRIGHT & JAWORSKI L.L.P. | Texas State Bar No. 00794855 |
| 1301 McKinney, Suite 5100 | fwilliams@akingump.com |
| Houston, TX 77010-3095 | Akin Gump Strauss Hauer & Feld LLP |
| Telephone: (713) 651-5151 | 300 West Sixth Street, Suite 1900 |
| Facsimile: (713) 651-5246 | Austin, Texas 78701 |
| | Telephone: (512) 499-6200 |
| Brett C. Govett | Facsimile: (512) 499-6290 |
| Texas Bar No. 08235900 | |
| Email: bgovett@fulbright.com | Todd Eric Landis |
| Lead Attorney | Texas State Bar No. 24030226 |
| | tlandis@akingump.com |
| FULBRIGHT & JAWORSKI L.L.P. | Akin Gump Strauss Hauer & Feld LLP |
| 2200 Ross Avenue, Suite 2800 | 1700 Pacific Avenue, Suite 4100 |
| Dallas, Texas 75201-2784 | Dallas, Texas 75201 |
| Telephone: (214) 855-8000 | Telephone: 214.969.2743 |
| Facsimile: (214) 855-8200 | Facsimile: 214.969.4343 |
| | |
| | Greg L. Lippetz |
| Thomas John Ward | California State Bar No. 154228 |
| State Bar No. | glippetz@jonesday.com |
| Email: tjw@wsfirm.com | Jacqueline K. S. Lee |
| J. Wesley Hill | California State Bar No. 247705 |
| Texas Bar No. 24032294 | jkslee@jonesday.com |
| Email: wh@wsfirm.com | Heather N. Fugitt |
| | California State Bar No. 261588 |
| WARD & SMITH LAW FIRM | hfugitt@jonesday.com |
| PO Box 1231 | Jones Day |
| 1127 Judson Road | 1755 Embarcadero Road |
| Suite 220 | Palo Alto, CA 94303 |

<div style="display: flex;">

<div>

Longview, TX 75606
903-757-6400
Fax: 903-757-2323


**COUNSEL FOR PLAINTIFF**
**PERSONALIZED MEDIA**
**COMMUNICATIONS, LLC**

</div>

<div>

Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Krista S. Schwartz
Illinois Bar No. 6238053
ksschwartz@jonesday.com
Jones Day
77 W. Wacker Drive
Suite 3500
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Louis Touton
Texas State Bar No. 20151150
ltouton@jonesday.com
Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Melissa R. Smith
Texas State Bar No. 24001351
Melissa@gillamsmithlaw.com
Gillam & Smith
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257


**COUNSEL FOR DEFENDANT**
**ZYNGA INC.**

</div>

</div>

- 4 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on November 11, 2013, in compliance with the Federal Rules of Civil Procedure.

*/s/ Steven M. Zager*
Steven M. Zager

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff and counsel for Defendant conferred via e-mail on November 10, 2013, and the parties agree to the relief sought in this motion.

*/s/ Steven M. Zager*
Steven M. Zager