*Plaintiff's Exhibit List*

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Texas |
|---|---|---|

Personalized Media Communication

V.

Zynga Inc.

## EXHIBIT AND WITNESS LIST

Case Number:  2:12-cv-68-JRG

| PRESIDING JUDGE Judge Rodney Gilstrap | PLAINTIFF'S ATTORNEY Robert Harrell | DEFENDANT'S ATTORNEY Steven Zager |
|---|---|---|
| TRIAL DATE (S) 11/12/2013-11/19/2013 | COURT REPORTER Shelly Holmes | COURTROOM DEPUTY Jan Lockhart |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/12/2013 | Yes | Yes | U.S. Patent No. 7,797,717 (Harvey testimony) |
| 2 | | 11/12/2013 | Yes | Yes | U.S. Patent No. 7,908,638 (Harvey testimony) |
| 12 | | 11/12/2013 | Yes | Yes | Inventor Notebook (Harvey testimony) |
| | 898 | 11/12/3013 | Yes | Yes | Photographs of the PMC prototype (Harvey testimony) |
| 151 | | 11/12/2013 | Yes | Yes | Settlement and Patent License Agreement with Cisco Systems, 5/18/2011 (Holtzman testimony) |
| 152 | | 11/12/2013 | Yes | Yes | Class F Unit Subscription Agreement, 5/18/2011 (Holtzman testimony) |
| 153 | | 11/12/2013 | Yes | Yes | Ownership Interest Purchase Agreement, 5/18/2011 (Holtzman testimony) |
| 157 | | 11/12/2013 | Yes | Yes | Settlement and Patent License Agreement with Motorola Mobility, 6/1/2011 (Holtzman testimony) |
| 372 | | 11/12/2013 | Yes | Yes | Patent License Agreement Between PMC and Sony, 9/25/2012 (Holtzman testimony) |
| 1221 | | 11/12/2013 | Yes | Yes | Personalized Media Communications LLC – Delaware Certificate of Conversion, 8/24/2010 |
| 1222 | | 11/12/2013 | Yes | Yes | Personalized Media Communications LLC – Texas Certificate of Conversion, 8/25/2010 |
| | 28 | 11/13/2013 | Yes | Yes | 10/24/2011 Presentation by PMC to Sony (Holtzman testimony) |
| 544 | | 11/13/2013 | Yes | Yes | FarmVille MOTD Design Overview (Claypool testimony) |
| 1224 | | 11/13/2013 | Yes | Yes | U.S. Patent No. 6,269,361 (Claypool testimony) |
| 295 | | 11/13/2013 | Yes | Yes | Zynga, Inc. Form S-1/A, March 23, 2012 (Becker testimony) |
| 610 | | 11/13/2013 | Yes | Yes | Personalization Presentation (Becker testimony) |
| 404 | | 11/13/2013 | Yes | Yes | PM Lunch: FarmVille Review (Becker testimony) |
| 455 | | 11/14/2013 | Yes | Yes | Zynga Privacy Policy (Tomlinson testimony) |
| | 356 | 11/14/2013 | Yes | Yes | License Agreement Between 1st Technology, LLC and Zynga Inc. (Bakewell testimony) |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List                                      *Defendant's Exhibits*

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Texas |

Personalized Media Communication

V.

Zynga Inc.

**EXHIBIT AND WITNESS LIST**

Case Number:  2:12-cv-68-JRG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Rodney Gilstrap | Robert Harrell | Steven Zager |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/12/2013-11/19/2013 | Shelly Holmes | Jan Lockhart |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 10 | | 11/12/2013 | Yes | Yes | Mr. Harvey's Inventor Notebook |
| | 8 | 11/12/2013 | Yes | Yes | 11/17/1993 J. Harvey meeting notes re meeting w/M. Faber (StarSight Telecast) (PMC001216-PMC |
| | 47 | 11/12/2013 | Yes | Yes | 1991 PMMC business plan (PMCZ00034074-PMCZ0034121) |
| | 170 | 11/13/2013 | Yes | Yes | List of PMC Targets (PMCZ01443443-PMCZ024443474) |
| | 182 | 11/12/2013 | Yes | Yes | 3/27/2011 R. Caird email to Mary and Steve re draft "PMC Story" (PMCZ0151160-PMCZ01511566) |
| | 945 | 11/12/2013 | Yes | Yes | Video of PMC Prototype (ZNG00111694) |
| | 1085 | 11/12/2013 | Yes | Yes | 5/1/1992 PMMC private placement memo (Redacted) (PMC046509-PMC046576) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.