UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 2:12-cv-68-JRG-RSP |
| vs. | § § | JURY DEMANDED |
| ZYNGA INC. | § § § | |
| Defendant. | § § | |

## ZYNGA'S TENDER OF LIMITING JURY INSTRUCTION

1. Defendant Zynga Inc. ("Zynga") respectfully submits this Offer of Proof on the excluded *inter partes* review ("IPR") evidence. The parties have agreed that this proffer will have the same weight as if the testimony had been presented live before Zynga rested

2. Zynga tenders the following limiting jury instruction in connection with Zynga's proffer on excluded IPR evidence.

3. Given that Zynga did not present an invalidity defense based on prior art, Zynga believes that any prejudice to PMC associated with the admission of the IPR evidence could be cured with the following limiting instruction, which the Court has also rejected:

Ladies and Gentlemen of the Jury:

You are about to hear evidence of Zynga's challenge to PMC's patents at the Patent Office. The process is called inter partes review. You may consider this evidence solely for Zynga's good faith belief in the invalidity of the PMC patents. You shall not consider this evidence for Zynga's enablement defense.

Dated: November 15, 2013	Respectfully Submitted,

/s/ *Steven M. Zager*
Steven M. Zager (Lead Attorney)
Texas State Bar No. 22241500
szager@akingump.com
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone:  212.872.1000
Facsimile:   212.872.1002

Fred I. Williams
Texas State Bar No. 00794855
fwilliams@akingump.com
Akin Gump Strauss Hauer & Feld LLP
300 West Sixth Street, Suite 1900
Austin, Texas 78701
Telephone: (512) 499-6200
Facsimile: (512) 499-6290

Todd Eric Landis
Texas State Bar No. 24030226
tlandis@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas  75201
Telephone:  214.969.2743
Facsimile:   214.969.4343

Greg L. Lippetz
California State Bar No. 154228
glippetz@jonesday.com
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:   (650) 739-3900

Krista S. Schwartz
Illinois State Bar No. 6238053
ksschwartz@jonesday.com
Jones Day
77 W. Wacker Drive, Suite 3500
Chicago, IL 60601
Telephone: (312) 782-3939

        Facsimile: (312) 782-8585

        Louis Touton
        Texas State Bar No. 20151150
        ltouton@jonesday.com
        Jones Day
        555 South Flower Street, Fiftieth Floor
        Los Angeles, CA 90071
        Telephone:  (213) 489-3939
        Facsimile:   (213) 243-2539

        Melissa R. Smith
        Texas State Bar No. 24001351
        Melissa@gillamsmithlaw.com
        Gillam & Smith
        303 S. Washington Avenue
        Marshall, TX 75670
        Telephone:  (903) 934-8450
        Facsimile:   (903) 934-9257

        ATTORNEYS FOR DEFENDANT
        ZYNGA INC.

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of November, 2013, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

        */s/ Steven M. Zager*
        Steven M. Zager