IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS MARSHALL DIVISION

| | | |
|---|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-68 |
| v. | § § | |
| ZYNGA, INC., | § § | |
| *Defendant.* | § § | |

## VERDICT FORM

Question No. 1.

Do you find that PMC has proven, by a preponderance of the evidence, that Zynga has directly infringed any of the following claims?

Answer "yes" or "no" for each claim:

Claim 1 of U.S. Patent 7,797,717       *no*

Claim 4 of U.S. Patent 7,797,717       *no*

Claim 7 of U.S. Patent 7,797,717       *no*

Claim 1 of U.S. Patent 7,908,638       *no*

Claim 3 of U.S. Patent 7,908,638       *no*

Claim 6 of U.S. Patent 7,908,638       *no*

**Question No. 2**:

Do you find that PMC has proven, by a preponderance of the evidence, that Zynga has contributorily infringed any of the following claims?

Answer "yes" or "no" for each claim:

Claim 1 of U.S. Patent 7,797,717          no

Claim 4 of U.S. Patent 7,797,717          no

Claim 7 of U.S. Patent 7,797,717          no

Claim 1 of U.S. Patent 7,908,638          no

Claim 3 of U.S. Patent 7,908,638          no

**Question No. 3:**

Do you find that PMC has proven, by a preponderance of the evidence, that Zynga has induced infringement of any of the following claims?

Answer "yes" or "no" for each claim:

Claim 1 of U.S. Patent 7,797,717        _____no_____

Claim 4 of U.S. Patent 7,797,717        _____no_____

Claim 7 of U.S. Patent 7,797,717        _____no_____

Claim 1 of U.S. Patent 7,908,638        _____no_____

Claim 3 of U.S. Patent 7,908,638        _____no_____

If you have answered "yes" as to any claim in Question 1, 2, or 3, then answer Question 4.  Otherwise, do not answer Question 4.

Question No. 4:

What sum of money, if any and if now paid in cash, would fairly and adequately compensate PMC as damages for Zynga's infringement?

Answer in dollars and cents, if any:

_____

*Have the Jury Foreperson sign and date the verdict form on the last page.*

## JURY VERIFICATION

The Foreperson is requested to sign and date this document in the space provided as the unanimous verdict of the jury.

___11/19/13_____

DATE                                                FOREPERSON'S SIGNATURE

Once you have signed and dated this form, please notify the Court Security Officer.