IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ZYNGA, INC.,<br><br>*Defendants.* | § § § § § § § § § § § CASE NO. 2:12-CV-68-JRG |

## JUDGMENT

A jury trial commenced in this case on November 12, 2013, and the jury reached and returned its unanimous verdict on November 19, 2013 (Dkt. No. 247). Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record available to the Court, the Court hereby **ORDERS AND ENTERS JUDGMENT** as follows:

1. Defendant Zynga, Inc. ("Zynga") does not directly infringe claims 1, 4, or 7 of U.S. Patent No. 7,797,717, or claims 1, 3, or 6 of U.S. Patent No. 7,908,638.

2. Zynga does not contributorily infringe claims 1, 4, or 7 of U.S. Patent No. 7,797,717, or claims 1, 3, or 6 of U.S. Patent No. 7,908,638.

3. Zynga does not infringe by inducement claims 1, 4, or 7 of U.S. Patent No. 7,797,717, or claims 1, 3, or 6 of U.S. Patent No. 7,908,638.

4.  Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, the Court finds that Zynga is the prevailing party in this matter and is entitled to costs consistent therewith.

5.  Any and all pending motions are hereby **DENIED**.

**So ORDERED and SIGNED this 20th day of November, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE